# United States District Court Violation Notice

CVB Location Code: MA65

Violation Number: 3725682
Officer Name (Print): P. Mandes
Officer No.: 2906

3725682

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 6/20/14 2300
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.23(a)(1)

Place of Offense: Herring Cove North Lot

Offense Description: Factual Basis for Charge — HAZMAT ☐
Operation Under the Influence

IMARS CASE # NP14059064   CASE # 14-2218

### DEFENDANT INFORMATION

Last Name: Verrochi
First Name: Peter
M.I.:

Tag No.: 172EV5
State: MA
Year: 98
Make/Model: Ford F150
PASS ☐
Color: BRN

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 20th, 2014 while exercising my duties as a law enforcement officer in the _____ District of MA

Please attached document.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/20/14   Officer's Signature: _____
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident